IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ANDREWS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FOCUS RECEIVABLES<br>MANAGEMENT, LLC,<br><br>　　　　Defendant.<br>_____ / | No. CIV S-10-1575-CMK<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action under the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.  Pursuant to the stipulation of the parties, Focus Receivables Management, LLC, is voluntarily dismissed as an improper defendant.  Plaintiff shall file an amended complaint naming the proper defendant within 30 days of the date of this order.  The scheduling order issued on February 11, 2011, is vacated and a new scheduling conference will be set upon the filing of the amended complaint.

　　　　IT IS SO ORDERED.


　DATED:  July 21, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1