IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN ANDREWS, | No. CIV S-10-1575-CMK |
| Plaintiff, | |
| vs. | ORDER |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | |
| Defendant. | |
| _____/ | |

       Plaintiff, who is proceeding with retained counsel, brings this civil action under the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. On July 21, 2011, the court issued a stipulated order dismissing defendant Focus Receivables Management, LLC, as an improper defendant and granting plaintiff leave to file an amended complaint naming the appropriate defendant within 30 days. Plaintiff has been warned that failure to comply with court orders may result in dismissal of this action for lack of prosecution. See Local Rule 110. To date, plaintiff has not filed an amended complaint.

/ / /

/ / /

1    Plaintiff shall show cause in writing, within 30 days of the date of this order, why
2 this action should not be dismissed for failure to file an amended complaint.  Plaintiff is again
3 warned that failure to respond to this order may result in dismissal of the action for the reasons
4 outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.
5    IT IS SO ORDERED.

 DATED: August 24, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE