# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                        **JUDGMENT IN A CIVIL CASE**

**KATHLEEN ANDREWS,**

                        CASE NO: **2:10–CV–01575–CMK**

      v.

,

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/17/11**

                                                   **Victoria C. Minor**
                                                   Clerk of Court

   ENTERED: **October 18, 2011**

                                      by: /s/ A. Meuleman_____
                                                         Deputy Clerk